**THOMAS JEFFERSON CLASSICAL ACAD. CHARTER SCH.**
**v. CLEVELAND CTY. BD. OF EDUC.**

[368 N.C. 900 (2016)]

THOMAS JEFFERSON CLASSICAL ACADEMY CHARTER SCHOOL, PIEDMONT
COMMUNITY CHARTER SCHOOL, AND LINCOLN CHARTER SCHOOL
v.
CLEVELAND COUNTY BOARD OF EDUCATION D/B/A CLEVELAND COUNTY SCHOOLS

No. 400A15

Filed 10 June 2016

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 778 S.E.2d 295 (2015), affirming a judgment entered on 29 January 2015 by Judge Jesse B. Caldwell, III in Superior Court, Cleveland County. Heard in the Supreme Court on 18 May 2016 in session in the Old Burke County Courthouse in the City of Morganton pursuant to N.C.G.S. § 7A-10(a).

*Robinson, Bradshaw & Hinson, P.A., by Richard A. Vinroot and Matthew F. Tilley, for plaintiff-appellees.*

*Tharrington Smith, L.L.P., by Deborah R. Stagner, for defendant-appellant.*

*Christine T. Scheef, Staff Attorney, and Allison B. Schafer, Legal Counsel, North Carolina School Boards Association, amicus curiae.*

PER CURIAM.

AFFIRMED.